COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  In the Interest of D. L. D., Jr., L. L.S., J. J. S., H. N. S., children v. Department of Family and Protective Services

Appellate case number:  01-15-00160-CV

Trial court case number:  2013-05778J

Trial court:  313th District Court of Harris County

Appellant's Motion for En Banc Rehearing is denied.

It is so ORDERED.

Justice's signature: /s/ Laura Carter Higley
                              Acting for the Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

Date:  January 14, 2016